IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW KORTYNA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-2092 |
| | : | |
| **LAFAYETTE COLLEGE and** | : | |
| **WENDY HILL,** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 19th day of September, 2014, upon consideration of defendants' motion to dismiss for failure to state a claim (Doc. No. 8) and all responses thereto, it is hereby **ORDERED** that the motion is **GRANTED** and the complaint is **DISMISSED**, in accordance with the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.